MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (498) 535-5044
   Facsimile: (408) 535-5081

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER B. ROLLINS, | No. C 12-2047 PSG |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RE DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT SCHEDULE |
| RAYMOND E. MABUS, SECRETARY OF THE NAVY, KENNETH W. BENCH, JEFFREY S. PRAY, SHAYNE GARDNER and DOES 1 through 100, inclusive, | |
| Defendants. | |

On July 5, 2012, federal defendants filed a non-dispositive motion to dismiss.  Document 9.  In that motion, federal defendants argued:

(1) Plaintiff's tort claims for defamation, intentional infliction of emotional distress, and assault must be dismissed because Title VII is plaintiff's exclusive remedy.

(2) Plaintiff's tort claims are defective because (a) they are barred by sovereign immunity because plaintiff has not exhausted his administrative remedies as required by the FTCA; (b) individual federal defendants are not proper defendants under the FTCA; (c) defamation and assault claims are excepted from the FTCA; and (d) the FTCA bars claims for punitive damages.

~~PROPOSED~~ ORDER RE DEFENDANT'S MOTION TO DISMISS AND CASE
MANAGEMENT SCHEDULE
Case No. C 12-2047 PSG

(3) Plaintiff's Title VII causes of action contain defective claims that fail Title VII's timeliness and administrative exhaustion requirements because (a) those claims involve discrete acts that must meet Title VII's timeliness and administrative exhaustion requirements; (b) plaintiff's discrimination and retaliation claims regarding reassignment fail Title VII's timeliness requirement; and (c) plaintiff's discrimination claim regarding light duty assignments fail Title VII's administrative exhaustion requirement.

(4) Plaintiff's retaliation claim regarding plaintiff's AWOL charges must be dismissed under Rule 12(b)(6).

On August 15, 2012, plaintiff filed a statement of non-opposition to defendants' motion to dismiss.  Document 13.

On August 21, 2012, defendant's motion to dismiss and a case management conference came on for hearing.  Eugene S. Thompson appeared for plaintiff Peter B. Rollins.  Assistant United States Attorney James A. Scharf appeared for the federal defendants.  Plaintiff Peter B. Rollins was also present in the courtroom.  At the hearing, the parties jointly proposed that the Court issue an order on defendant's pending motion to dismiss, clarifying which claims survive defendant's motion, and requiring defendant to file an answer to plaintiff's Complaint for Damages filed April 24, 2012, Document 1, as modified by the Court's order on defendant's motion to dismiss.  The Court directed AUSA Scharf to submit a proposed order after hearing, including a proposed case management schedule, for the Court's review.

For the reasons set forth in defendant's unopposed motion to dismiss, and pursuant to the agreement of the parties, the Court hereby dismisses with prejudice all claims against all defendants except plaintiff's claim for discrimination under Title VII against Raymond E. Mabus, Secretary of the Navy, based on plaintiff being charged with AWOL and receiving a Decision on his Proposed Suspension.

Defendant shall file an answer to plaintiff's Complaint for Damages filed April 24, 2012, as modified by this Order, within 30 calendar days of the filing of this Order.

~~PROPOSED~~ ORDER RE DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT SCHEDULE
Case No. C 12-2047 PSG

2

Further, again pursuant to the agreement of the parties, the Court adopts the following case management schedule as proposed in the parties' joint case management conference statement:

| | |
|---|---|
| Fact Discovery Cutoff: | March 1, 2013 |
| Plaintiff's Expert Disclosure with Reports: | March 15, 2013 |
| Defendant's Expert Disclosure with Reports: | April 12, 2013 |
| Rebuttal Expert Disclosure with Reports: | May 3, 2013 |
| Expert Discovery Cutoff | May 17, 2013 |
| Motions Hearing Deadline | June 4, 2013 |
| Final Pretrial Conference | August 6, 2013, 2:00 p.m. |
| Jury Trial | August 19, 2013 |

Good cause appearing, and pursuant to the stipulation of the parties, it is so ordered.

Dated: August 45, 2012

_____
Hon. Paul S. Grewal
United States Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

Dated:  August 22, 2012

MELINDA HAAG
United States Attorney

_____/S/_____
James A. Scharf
Assistant United States Attorney
Attorney for Defendant


_____/S/_____
Eugene S. Thompson
Attorney for Plaintiff

PROPOSED ORDER RE DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT SCHEDULE
Case No. C 12-2047 PSG

3