UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER B ROLLINS,<br><br>        Plaintiff,<br><br>   v.<br><br>RAYMOND E MABUS, et al.,<br><br>        Defendants. | Case No. 12-cv-02047-PSG<br><br>**AMENDED CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 66)** |

Based on the parties' joint case management statement[1] and yesterday's case management conference, IT IS ORDERED that the following schedule and deadlines shall apply to this case:

Pre-Trial Conference ................................................................... May 31, 2016 at 10:00 AM

Jury Trial ..................................................................................... June 20, 2016 at 9:30 AM

**SO ORDERED.**

Dated: March 23, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 66.

Case No. 12-cv-02047-PSG
AMENDED CASE SCHEDULING ORDER

1